UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALAN SIERRA, | ) | 1:07-CV-0149 LJO WMW PC |
| Plaintiff, | ) ) | ORDER GRANTING EXTENSION OF TIME |
| v. | ) ) | (DOCUMENT #7) |
| WOODFORD, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. On March 30, 2007, plaintiff filed a motion to extend time to complete the processing of his application to proceed in forma pauperis. Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

Plaintiff is granted thirty days from the date of service of this order in which to file his application to proceed in forma pauperis.

IT IS SO ORDERED.

**Dated:   April 19, 2007**             /s/  William M. Wunderlich
                                        UNITED STATES MAGISTRATE JUDGE