IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| KENNETH ALAN SIERRA, | ) | 1:07-CV-0149 LJO WMW PC |
| | ) | |
| Plaintiff, | ) | ORDER TO SUBMIT NEW |
| vs. | ) | APPLICATION TO PROCEED IN |
| | ) | FORMA PAUPERIS AND CERTIFIED |
| | ) | COPY OF TRUST ACCOUNT |
| WOODFORD, et al., | ) | STATEMENT **OR** PAY FILING FEE |
| | ) | |
| Defendants. | ) | |
| | ) | |

Plaintiff, a state prisoner proceeding pro se, is proceeding with a civil rights action pursuant to 42 U.S.C. § 1983.

On March 6, 2007, plaintiff was ordered by the court to submit a completed application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915 and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action.  On April 19, 2007, plaintiff submitted a notice and supporting documentation requesting another form of the application to proceed in forma pauperis, and requesting an extension of time.  Plaintiff will be

provided another opportunity to comply with the court's order and submit the required document(s) or pay the filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within thirty days of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and a certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $350.00 filing fee for this action.  Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:    April 24, 2007**              /s/  **William M. Wunderlich**
                                         UNITED STATES MAGISTRATE JUDGE