IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

      Plaintiff,           CV F 07 0149 LJO WMW PC

      vs.                 FINDING AND RECOMMENDATION RE MOTION
                      FOR TEMPORARY RESTRAINING ORDER (DOC 18)

J. WOODFORD, et al.,

      Defendants.

      Plaintiff is a state prisoner proceeding pro se in a civil rights action against correctional officials. The claims in this case relate to Plaintiff's medical care. Plaintiff claims that Defendants are subjecting him to inadequate medical care such that it is a violation of the Eighth Amendment's prohibition of cruel and unusual punishment.

      Plaintiff has filed a motion for a temporary restraining order. The motion, like the first amended complaint, lists various medical grievances. The motion fails to seek any specific order from the Court. Further, there is no operative pleading in this case. The first amended complaint has been dismissed with leave to amend.

      The purpose of a preliminary injunction is to preserve the status quo of the balance of equities so heavily favors the moving party that justice requires the court to intervene to secure the positions until the merits of the action are ultimately determined. <u>University of Texas v.</u>

1  Camenisch, 451 U.S. 390, 395 (1981).  A preliminary injunction is available to a plaintiff who
2  "demonstrates either (1) a combination of probable success and the possibility of irreparable
3  harm, or (2) that serious questions are raised and the balance of hardships tips in its favor."
4  Arcamuzi v. Continental Airlines, Inc., 819 F.2d 935, 937 (9th Cir. 1987).  Under either approach
5  the plaintiff "must demonstrate a significant threat of irreparable injury."  Id.  Also, an injunction
6  should not issue if the plaintiff "shows no chance of success on the merits."  Id.  At a bare
7  minimum, the plaintiff "must demonstrate a fair chance of success on the merits, or questions
8  serious enough to require litigation."  Id.

9      There is no operative pleading in this case.  The Court finds that Plaintiff has therefore
10 failed to show a chance of success on the merits.

11     Accordingly, IT IS HEREBY RECOMMENDED that Plaintiff's motion for a temporary
12 restraining order be denied.

13     These findings and recommendations are submitted to the United States District Judge
14 assigned to the case, pursuant to the provisions of Title 28 U.S.C. § 636(b)(1).  Within ten days
15 after being served with these findings and recommendations, any party may file written
16 objections with the court and serve a copy on all parties.  Such a document should be captioned
17 "Objections to Magistrate Judge's Findings and Recommendations."  Failure to file objections
18 within the specified time may waive the right to appeal the District Court's order.  Martinez v.
19 Ylst, 951 F.2d 1153 (9th Cir. 1991).

21 IT IS SO ORDERED.

22 **Dated:   March 11, 2008**               /s/  William M. Wunderlich
                                              UNITED STATES MAGISTRATE JUDGE