IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

      Plaintiff,           CV F 07 0149 LJO WMW PC

   vs.                     ORDER RE MOTION (DOC 34)

J. WOODFORD, et al.,

      Defendants.

     Plaintiff has filed a motion for extension of time of 60 days in which to file an amended complaint in compliance with the order of March 11, 2008.  In his motion, Plaintiff refers to certain difficulties that he is having due to his medical condition.   Specifically, Plaintiff indicates that medical officials have discontinued his pain medication, and Plaintiff finds it difficult to write.

     In the order dismissing the original complaint, the court noted that the complaint failed to state a claim.  Specifically, Plaintiff failed to allege facts sufficient to state a claim for relief.  In order to comply with the court's order, Plaintiff must file an amended complaint that includes additional facts.  The court finds that Plaintiff has not shown good cause for a 60 day extension of time.  The court will provide Plaintiff with one extension of time of thirty days in which to file an amended complaint.  Should Plaintiff fail to do so, the court will recommend dismissal of this

action.

The court also notes that on April 17, 2008, a recommendation of dismissal was entered, recommending dismissal of this action for Plaintiff's failure to file an amended complaint. The motion for extension of time was filed on April 17, 2008.

Accordingly, IT IS HEREBY ORDERED that:

1. The April 17, 2008, recommendation of dismissal is vacated.

2. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint. Plaintiff's failure to do so will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:** __April 23, 2008__                                __/s/  William M. Wunderlich__
                                                                              UNITED STATES MAGISTRATE JUDGE