IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

    Plaintiff,               CV F 07 0149 LJO WMW PC

    vs.                           ORDER RE MOTION (DOC 38, 41)

JEANNE WOODFORD, et al.,

    Defendants.

       On June 9, 2008, a recommendation of dismissal was entered, based upon Plaintiff's failure to file an amended complaint in compliance with an earlier order dismissing the operative pleading and granting Plaintiff leave to file an amended complaint.  Plaintiff has filed extensions of time to file an amended complaint and objections to the findings and recommendations. The court will consider both motions as a request for an extension of time in which to comply with the order dismissing the original complaint.

       The court will grant Plaintiff an extension of time to file an amended complaint.  Should Plaintiff fail to do so, the recommendation of dismissal will be submitted to the District Court.

       Accordingly, IT IS HEREBY ORDERED that Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file an amended complaint.

IT IS SO ORDERED.

**Dated:   July 11, 2008**                     **/s/  William M. Wunderlich**
                                                         UNITED STATES MAGISTRATE JUDGE