IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

        Plaintiff,          1: 07 CV 0149 LJO WMW PC

   vs.                    ORDER RE MOTION (DOC 46, 47)

                         (THIRTY DAY DEADLINE)

J. WOODFORD, et al.,

        Defendants.

     Plaintiff has filed a motion for extension of time in which to file an amended complaint. The complaint was dismissed by order entered on March 11, 2008. Plaintiff was granted leave to file an amended complaint. On April 24, 2008, Plaintiff was granted an extension of time in which to file an amended complaint. On June 9, 2008, a recommendation of dismissal was entered. On July 11, 2008, Plaintiff was granted another extension of time. On August 15, 2008, Plaintiff filed a third request for extension of time. Plaintiff contends that boxes of his legal material were removed from his cell. Plaintiff's motions typically seek a 60 day extension of time, and refer to conduct by prison officials that impedes his ability to conduct legal research. The court notes that Plaintiff has filed numerous motions in this case, along with various exhibits and affidavits in support.

1    The complaint was dismissed for want of factual allegations.  Plaintiff need not conduct
2 original legal research in order to correct the deficiencies identified in the order dismissing the
3 complaint.  Mr. Sierra is the prosecutor of this action as well as the Plaintiff.  As the Plaintiff, he
4 has personal knowledge of the facts that give rise to this action.  No original legal research is
5 required to correct the deficiencies identified in the March 11, 2008, order.  The court will
6 provide Plaintiff with a copy of that order as well as a copy of the original complaint.  The
7 complaint was dismissed on the ground that the complaint consisted of a narrative grievance
8 regarding Plaintiff's medical care, but failed to identify any correctional officials at CSP
9 Corcoran, the prison where the events at issue occurred.

10    The court will provide Plaintiff with a further opportunity to file an amended complaint
11 that corrects the deficiencies noted - an amended complaint that identifies individual defendants.
12 No legal authority is required.  The court construes this as a civil rights complaint setting forth
13 claims under the Eighth Amendment for deliberate indifference to Plaintiff's serious medical
14 needs.  Pursuant to Federal Rule of Civil Procedure 8(a)(2), all Plaintiff need do is set forth a
15 short and plain statement of his claims.  Plaintiff has been advised of this requirement.  Plaintiff
16 is cautioned that should he fail to timely comply with this order, the recommendation of
17 dismissal will be forwarded to the District Court.

18    Accordingly, IT IS HEREBY ORDERED that:

19    1. Plaintiff is granted an extension of time of thirty days from the date of service of this
20 order in which to file an amended complaint.

21    2. The Clerk's Office is directed to send to Plaintiff a copy of the March 11, 2008, order
22 dismissing the original complaint, along with a copy of the original complaint.

23 IT IS SO ORDERED.

24 **Dated:    August 20, 2008**                  **/s/  William M. Wunderlich**
                                                  UNITED STATES MAGISTRATE JUDGE