IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KENNETH A. SIERRA,

        Plaintiff,            1: 07 CV 0149 AWI WMW PC

  vs.                           ORDER RE MOTIONS

                                   (DOCS 45, 51, 53, 55, 56, 57, 58, 59)

DEPT. OF CORRECTIONS, et al.,

        Defendants.

      Plaintiff has filed a motion for extension of time in which to file an amended complaint. The February 21, 2008, first amended complaint was dismissed by order entered on March 11, 2008. Plaintiff was granted leave to file an amended complaint. On April 24, 2008, Plaintiff was granted an extension of time in which to file an amended complaint. On June 9, 2008, a recommendation of dismissal was entered. On July 11, 2008, Plaintiff was granted another extension of time. On August 15, 2008, Plaintiff filed a third request for extension of time. Plaintiff contends that boxes of his legal material were removed from his cell. Plaintiff's motions typically seek a 60 day extension of time, and refer to conduct by prison officials that impedes his ability to conduct legal research. The court notes that Plaintiff has filed numerous motions in this case, along with various exhibits and affidavits in support.

The first amended complaint was dismissed for want of factual allegations.  Plaintiff was advised in the order of August 20, 2008, granting another extension of time, that he need not conduct original legal research in order to correct the deficiencies identified in the order dismissing the complaint.  Mr. Sierra was further advised that he is the prosecutor of this action as well as the Plaintiff.  As the Plaintiff, he has personal knowledge of the facts that give rise to this action.  No original legal research is required to correct the deficiencies identified in the March 11, 2008, order.   The court will provide Plaintiff with a copy of the March 11, 2008, order and a copy of the February 21, 2008, first amended complaint.

The court will provide Plaintiff with one further opportunity to file an amended complaint that corrects the deficiencies identified in the March 11, 2008, order.  The complaint does not require legal authority.  Pursuant to Federal Rule of Civil Procedure 8(a)(2), all Plaintiff need do is set forth a short and plain statement of his claims.   Plaintiff is advised that should he fail to comply with this order, the June 8, 2008, recommendation of dismissal will be submitted to the District Court.

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff is granted an extension of time of thirty days from the date of service of this order in which to file a second amended complaint.

2. The Clerk's Office is directed to send to Plaintiff a copy of the March 11, 2008, order and a copy of the February 21, 2008, first amended complaint.

IT IS SO ORDERED.

**Dated:   March 27, 2009**            /s/  **William M. Wunderlich**
                                UNITED STATES MAGISTRATE JUDGE