IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ALAN SIERRA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>WOODFORD, et al.,<br><br>　　　　Defendants.<br>_____/ | 1:07-cv-00149-LJO-GSA (PC)<br><br>ORDER GRANTING PLAINTIFF'S FOURTH MOTION TO EXTEND TIME TO FILE OBJECTIONS TO FINDINGS AND RECOMMENDATIONS<br><br>(Motion# 82)<br><br>30-DAY DEADLINE |

　　　Plaintiff is a prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  On September 29, 2010, plaintiff filed a motion to extend time to file Objections to the Magistrate's Findings and Recommendations of April 23, 2010.  Good cause having been presented to the court and GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that:

　　　Plaintiff is granted thirty (30) days from the date of service of this order in which to file Objections to the Magistrate's Findings and Recommendations of April 23, 2010.

　　　IT IS SO ORDERED.

　Dated:   **October 7, 2010**　　　　　　　　　　**/s/ Gary S. Austin**
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE