1

2

3

4

5

6

7       **IN THE UNITED STATES DISTRICT COURT FOR THE**

8       **EASTERN DISTRICT OF CALIFORNIA**

9

10      KENNETH ALAN SIERRA,                          NO. 1:07-cv-00149 LJO GSA PC
                                                )
11                      Plaintiff,               )       ORDER DISMISSING ACTION
                                                )
12              v.                               )
                                                )
13                                               )
        J. WOODFORD, et al.,                     )
14                                               )
                        Defendants.              )
15      _____)

16

17          Plaintiff is a state prisoner proceeding pro se in this civil rights action.  The matter was

18      referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule

19      302.

20          On April 23, 2010, findings and recommendations were entered, recommending that

21      Plaintiff's in forma pauperis status be revoked pursuant to 28 U.S.C. § 1915(g), and Plaintiff be

22      directed to submit the filing fee in full.  Plaintiff requested five extensions of time.  On April 14,

23      2011, the Magistrate Judge entered an order granting Plaintiff a final extension of time in which

24      to file objections.  Plaintiff was cautioned that no further extensions of time would be granted.

25      On May 27, 2011, the findings and recommendations were adopted in full, and Plaintiff's in

26      forma pauperis status was revoked pursuant to 28 U.S.C. § 1915(g).   Plaintiff was directed to

27      submit, within thirty days, the $350.00 filing fee for this action.  Plaintiff was specifically

28      cautioned that his failure to do so would result in dismissal of this action.  Plaintiff has failed to

1 submit the filing fee, or any other response to the May 27, 2011, order.

2        Accordingly, IT IS HEREBY ORDERED that this action is dismissed pursuant to Local

3 Rule 11-110 for Plaintiff's failure to prosecute and to obey a court order.  The Clerk is directed to

4 close this case.

5

6       IT IS SO ORDERED.

7 **Dated:**   **July 6, 2011**                 **/s/ Lawrence J. O'Neill**

8                                          UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28                                 2